**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| White Electronic Designs Corp.,<br><br>              Plaintiff,<br>      vs.<br><br>Touchscreen Konnection Oasis, Inc., et al,<br><br>              Defendants. | No. CV-07-0693-PHX-PGR<br><br><br><u>ORDER</u> |

    IT IS ORDERED that plaintiff White Electronic Designs Corporation's Motion to Extend Time to File Reply to Counterclaim (doc. #24) is granted and that the plaintiff shall file its reply or other response to defendant Touchscreen Konnection Oasis, Inc.'s counterclaim no later than July 13, 2007.

    DATED this 3rd day of July, 2007.

_____
Paul G. Rosenblatt
United States District Judge