**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| White Electronic Designs Corporation,<br><br>           Plaintiff,<br>     vs.<br><br>Touchscreen Konnection Oasis, Inc, et al.,<br><br>           Defendants. | No. CV-07-0693-PHX-PGR<br><br>ORDER |

IT IS ORDERED that the plaintiff's Motion to Extend Time to File Reply to Counterclaim (doc. #26) is granted and that the plaintiff shall file its reply or other response to Touchscreen Konnection Oasis, Inc.'s counterclaim no later than July 27, 2007.

DATED this 16th day of July, 2007.

Paul G. Rosenblatt
United States District Judge